UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Jamal Jbara, )
)
) Case No. 1-09-48496-DEM *JBR*
Jose Borges )
) Adversary No. 10-1004-DEM *JBR*
          Plaintiff )
)
Jamal Jbara ) **NOTICE OF MOTION FOR**
          Defendant ) **SUBSTITUTION OF COUNSEL**
)

PLEASE TAKE NOTICE, that upon the annexed affirmation of PAUL O'DWYER, ESQ., attorney for Plaintiff, the undersigned will move this Court, at the term of this Court, located at 271 Cadman Plaza East, Room 3577, Brooklyn, New York, on October 18, 2010, at ~~9:30~~ *11:00 AM* a.m. or as soon thereafter as counsel can be heard for the following relief:

1. Substituting Jose Borges as Plaintiff *pro se* in this action; and

2. Extending the time for filing a pre-trial order for a period after the effective date of such substitution; and,

3. Such other and further relief as shall seem just and equitable.

Dated: Brooklyn, New York
       September 23, 2010

Yours, etc.

_____
Paul O'Dwyer, Esq.
Attorney for Plaintiff
134 West 26th Street, Suite 902
New York, New York 10001
(646) 230-7444

To:

Jamal Jbara
1133 Broadway, Suite 908
New York NY 10010
(917) 415-0415

Jose Borges
18 Mulberry Ct.
Paramus NJ 07652
(917) 3045712

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:  Jamal Jbara, | ) |
|  | ) |
|  | ) Case No. 1-09-48496-DEM  *JBR* |
| Jose Borges | ) |
|             Plaintiff | ) Adversary No. 10-1004-DEM  *JBR* |
|  | ) |
| Jamal Jbara | ) **AFFIRMATION** |
|             Defendant | ) |
|  | ) |

I, Paul O'Dwyer, affirm under penalty of perjury:

1. I am the counsel for Jose Borges, the Plaintiff in this Adversarial Bankruptcy Proceeding.

2. I also represent Plaintiff in an action pending in New York City Civil Court against Mr. Jbara and others, <u>Jose Borges v. Entra-America, et al.</u>, Index No. 530-TSN-2004. On the eve of trial in that action, Mr. Jbara filed for bankruptcy in this Court and the matter in Civil Court was stayed. On behalf of Mr. Borges, I then filed an objection to the discharge of certain of Mr. Jbara's bankruptcy claims. The intention was to seek a stay of this adversarial proceeding pending the trial of the state court claims, as the outcome of that case would likely moot this claim. The Court did not grant a stay, and issued a scheduling order, with a pre-trial order due by September 7, 2010.

3. Mr. Borges and I then agreed that he would be substituted as Plaintiff *pro se* in this action, as it was never our intention or agreement that I would represent him in a trial in this Court. Furthermore, Mr. Borges has not paid me, and does not have the money to pay me, to represent him in this case. All of the work done and appearances made by me of his behalf thus far have been without any remuneration whatsoever.

4. Accordingly, on August 23, 2010, Mr. Borges and I executed and duly filed a

"Substitution of Counsel". The Court subsequently informed me that this was insufficient to effect a substitution of counsel and that a formal motion was required with a return date of October 18, 2010.

5. I subsequently spoke with Defendant, Jamal Jbara (who is also *pro se)*, regarding the proposed substitution, and the preparation of the pre-trial statement. Mr. Jbara expressed no objection to extending the date of filing the pre-trial statement to November 18, 2010, 30 days after the anticipated effective date of the substitution. This would allow Mr. Borges and Mr. Jbara adequate time to meet and prepare the joint pre-trial statement. I duly filed a proposed order to that effect. The Court signed the Order, but directed the pre-trial statement that it be filed on or before September 30, 2010.

6. I cannot afford to devote the time and resources required to prepare and file a pre-trial statement in this case without being paid. I am a solo practitioner, and I already carry a number of pro bono cases, and simply cannot undertake any additional non-paying work. I also wish to reiterate that it was never the intention of either myself or Mr. Borges, that I would prepare for or conduct a trial on this matter.

7. I respectfully request that the Court's Order, directing the filing of a pre-trial statement by September 30, 2010, be vacated, and that a new date be set once this Motion for Substitution is determined.

Dated: Brooklyn, NY
September 23, 2010

_____
Paul O'Dwyer

| | |
|---|---|
| State of New York | } |
| | } Ss.: |
| County of New York | } |

## AFFIDAVIT OF SERVICE

I, Guillermo A. Nolivos, being duly sworn, hereby depose and say: that on the 23rd day of September, 2010, I served a copy of the within Motion for Substitution of Counsel on:

>Mr. Jamal Jbara
>1133 Broadway, Suite 908
>New York NY 10010
>
>Mr. Jose Borges
>18 Mulberry Ct.
>Paramus NJ 07652

by depositing a true copy thereof enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service for Priority Mail delivery to the above address.

_____
Guillermo A. Nolivos

Subscribed and sworn to before me
on September 23, 2010

_____
Notary Public

>PAUL O'DWYER
>Notary Public, State of New York
>No. 02OD6037266
>Qualified in New York County
>Commission Expires Feb. 14, 20 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:   Jamal Jbara, | ) |
| | ) |
| | )   Case No. 1-09-48496-DEM *JBR* |
| Jose Borges | ) |
|          Plaintiff | )   Adversary No. 10-1004-DEM *JBR* |
| | ) |
| Jamal Jbara | )   **ORDER** |
|          Defendant | ) |
| | ) |

IT IS HEREBY ORDERED, that Jose Borges, the Plaintiff in this action, is hereby substituted as Plaintiff *pro se* for Paul O'Dwyer, Esq. in the above bankruptcy adversary proceeding; and

IT IS ALSO ORDERED that the Pre-Trial Statement is to be filed on _____, 2010.

Dated: Brooklyn, NY
        October ___, 2010

So Ordered:

_____

Hon. J. Rosenthal