UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                               Chapter 7
                               Case No. **09-48496 (JBR)**

             Jamal Jbara

             Debtor
------------------------------------------------------------x
               Jose Borges,

      -against-                        Adversary No. **10-1004 (JBR)**

               Jamal Jbara
------------------------------------------------------------x

## STATUS REPORT LETTER

This letter is written with the purpose of providing this Court a status of the state court litigation regarding the above adversary proceeding. The state litigation regarding the claims against Jamal Jbara in state court has been settled per the enclosed documentation.

Therefore, the pending adversary proceeding before this Court shall be concluded by the means of this Court.

Respectfully submitted,

**Jose Borges, Pro Se Petitioner**
**25-22 Fair Lawn Avenue Apt D**
**Fair Lawn, NJ 07410**
**DATED:** June 28, 2011

## AFFIDAVIT OF SERVICE

**I, Jose Borges,** hereby affirms that on the 28th day of June, 2011, I served the within notice of the Status Report letter and  supporting documentation to:

- Jamal Jbara

  42-22 194th Street, 2nd Floor

  Flushing, NY 11358

## **RELEASE**

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN KNOW THAT,
JOSE BORGES as RELEASOR, for the sum of fifteen thousand dollars ($15,000.00), receipt of
which is hereby acknowledged, hereby RELEASES, COVENANTS NOT TO SUE, AND
DISCHARGES, JAMAL JBARA, his executors, administrators, heirs, successors and assigns,
from all actions, causes of action, suits, debts, dues, sums of money, accounts, bonds, bills,
covenants, contracts, controversies, agreements, promises, variances, damages, judgments,
claims and demands, whatsoever, in law, admiralty or equity, which against successors and
assigns ever had, now have or hereafter can, shall or may have, for, upon or by reason of any
matter, cause or thing whatsoever from the beginning of the world to the day of the date of this
RELEASE.

Whenever the text hereof requires, the use of singular number shall include the
appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

In witness whereof, RELEASOR has caused this RELEASE to be executed on the 20 day
of May, 2011.

Jose Borges

STATE OF NEW YORK )
COUNTY OF )
} ss.:
)

On the 20 day of May in the year 2011 before me, the undersigned , personally appeared Jose Borges, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, executed the instrument.



NOTARY PUBLIC

DANA F. VERILE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 10/3/2013